IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC D. GONZALEZ., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No. <u>1:26-cv-02199-STA-jay</u> |
| | ) | |
| HOLLOW ROCK-BRUCETON, SPECIAL | ) | |
| SCHOOL DISTRICT, DR. MYLES HEBRARD, | ) | |
| in his official capacity as SUPERINTENDENT, | ) | |
| HOLLOW ROCK-BRUCETON, SPECIAL | ) | |
| SCHOOL DISTRICT, CHRISTOPHER FINLEY, | ) | |
| in his official capacity as PRINCIPAL, | ) | |
| CENTRAL ELEMENTARYSCHOOL | ) | |
| CARROLL COUNTY CIVIC CENTER, | ) | |
| CARROLL COUNTY, TENNESSEE, | ) | |
| | ) | |
| *Defendants*. | ) | |

## MOTION TO DISMISS

Defendants Carroll County, Tennessee and "Carroll County Civic Center," ("Defendants"), by and through undersigned counsel, respectfully move this Court to dismiss all of Plaintiff's claims against Defendants pursuant to Rule 12(b)(6) of the FEDERAL RULES OF CIVIL PROCEDURE. In support thereof, Defendants rely upon their Memorandum of Law in Support of Defendants' Motion to Dismiss.

Respectfully submitted,

PENTECOST, GLENN & TILLY, PLLC

By:    s/Nathan D. Tilly
          Nathan D. Tilly (#031318)
          *Attorney for Defendants, Carroll County,*
          *Tennessee and Carroll County Civic Center*
          162 Murray Guard Drive, Suite B
          Jackson, Tennessee 38305
          (731) 668-5995 – Telephone
          (731) 668-7163 – Facsimile
          ntilly@pgtfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via US District Court ECF system and/or U.S. Mail postage prepaid upon:

Brian K. Leonard
B.K. Leonard Law Firm
11010 Lake Grove Blvd.
Suite 100-425
Morrisville, NC  27560

DATE:   On this the 15th day of April, 2026.

PENTECOST, GLENN & TILLY, PLLC

By:    s/Nathan D. Tilly__
          Nathan D. Tilly